# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **BPP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 4:20-cv-00125 UNA |
| vs. | ) |
| | ) |
| **CAREMARK PHC LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## **ORDER**

On January 27, 2020, due to electronic case opening, the above numbered case was inadvertently opened in error.  Therefore, this case will be administratively closed.

Case No. 4:20-cv-00125 UNA is hereby administratively closed.

Dated this 28th day of January, 2020.

GREGORY J. LINHARES,
CLERK OF COURT

By: /s/Michele R. Crayton
　　Court Services Manager